# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Roderick Ishman, | ) | Case No. 14 B 11771 |
| | ) | Hon. Janet S. Baer |
| DEBTOR. | ) | Chapter 13 |

### NOTICE OF CONTINUED MEETING OF CREDITORS

TO:   Tom Vaughn, 55 East Monroe Street, STE 3850, Chicago, IL 60603;

See attached Service List.

Please take notice that on July 21, 2014, I have caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, Chicago, IL 60604, the Notice of Continued Meeting of Creditors:

### Meeting of Creditors with 341 Meeting to be held on August 13, 2014, at 1:30 PM at the Office of the Chapter 13 Trustee, Tom Vaughn, 55 East Monroe Street, Suite 3850, Chicago, Illinois 60603

### PROOF OF SERVICE

The undersigned, an attorney certifies that she sent a copy of this notice on July 21, 2014, to:

The above mentioned Chapter 13 Trustee via electronic court notification; and

To the attached Service List via regular U.S. Mail, postage prepaid, from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ _Elizabeth Placek_____
Attorney for Debtor

Robert J. Semrad & Associates
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    1st Loan
0752-1                                    Eastern Division                        3557 Dempster Ave.
Case 14-11771                             219 S Dearborn                          Skokie, IL 60076
Northern District of Illinois             7th Floor
Chicago                                   Chicago, IL 60604-1702
Mon Jul 21 10:38:48 CDT 2014

AFS Acceptance LLC                        Caine & Weiner Compa                    Chicago Department of Revenue
PO Box 189007                             21210 Erwin St                          121 N. LaSalle St., 107A
Plantation, FL 33318-9007                 Woodland Hills, CA 91367-3714           Chicago, IL 60602-1232


City Of Chicago Department of Revenue     ComEd                                   Comcast
c/o Arnold Scott Harris PC                3 Lincoln Center                        1255 W. North Ave
111 W Jackson Ste 600                     Attn: Bankruptcy Section                Chicago, IL 60642-1562
Chicago, IL 60604-3517                    Oakbrook Terrace, IL 60181-4204


First Premier Bank                        Illinois Child Support                  Kevin J Hermaneck
601 S Minnesota Ave                       IL Dept of Healthcare & Family          8 W MONROE ST#809
Sioux Falls, SD 57104-4868                PO Box 19405                            Chicago, IL 60603-2449
                                          Springfield, IL 62794-9405


PEOPLES GAS LIGHT AND COKE CO             People's Enegry Credit Union            Peoplesene
130 E RANDOLPH DRIVE                      130 E. Randolph                         130 E. Randolph Drive
CHICAGO, IL 60601-6203                    Chicago, IL 60601-6207                  Chicago, IL 60601-6302


Premier Bankcard/Charter                  RCI Resorts                             Rent A Center/ RAC Acceptance
PO Box 2208                               9998 North Michigan Road                875 E Boughton Road
Vacaville, CA 95696-8208                  Carmel, IN 46032-7766                   Bolingbrook, IL 60440-2282


(p)U S DEPARTMENT OF EDUCATION            Charles R Bonini                        Patrick S Layng
P O BOX 5609                              Robert J. Semrad & Associates, LLC      Office of the U.S. Trustee, Region 11
GREENVILLE TX 75403-5609                  20 S. Clark St. 28th Floor              219 S Dearborn St
                                          Chicago, IL 60603-1811                  Room 873
                                                                                  Chicago, IL 60604-2027


Roderick Ishman                           Tom Vaughn
2115 Birchwood Ave. Unit G                55 E. Monroe Street, Suite 3850
Chicago, IL 60645-2286                    Chicago, IL 60603-5713
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Us Dept Ed                                End of Label Matrix
Po Box 7202                               Mailable recipients    22
Utica, NY 13504-7202                      Bypassed recipients     0
                                          Total                  22
```